F. M. ANDREWS *v.* MARTHA J. WALLACE.

1. CIRCUIT COURT. *Appellate jurisdiction. Appeal. Record.*

    If, on appeal from the circuit court. the record shows the amount in controversy to be below its original jurisdiction, and contains nothing to show that the case originated in a justice court, this court will reverse the judgment, and dismiss the proceedings in the circuit court, leaving the judgment in the justice court, if any, to stand. *Crapoo* v. *Grand Gulf*, 9 Smed. & M., 205.

FROM the circuit court of Sunflower county.

HON. R. W. WILLIAMSON, Judge.

The case is stated in the opinion.

72 291
76 640
72 291
f78 644

*Dabney & McCabe*, for appellant.

This case is supposed to have originated before a justice of the peace, but there is nothing in the record to show that fact. The circuit court was without jurisdiction, and erred in proceeding to trial and judgment.

*Southworth, Stevens & Neill* and *J. T. Manion*, for appellee.

WHITFIELD, J., delivered the opinion of the court.

The fifteen assignments of error are without merit, save the first. That seeks a reversal, on the ground that the circuit court had no jurisdiction of the case, which was an appeal, as we suppose, from a court of a justice of the peace. There is no judgment of the justice of the peace in this record—no copy of the record and proceedings before him; no paper of any kind showing that the case was ever before a justice of the peace except one, and that paper is the declaration in the case, which, sworn to before the justice of the peace, was afterwards filed in the circuit court. We cannot know from this record that the suit which was brought in trover for two hundred dollars was not brought originally in the circuit court. In *Crapoo* v. *Grand Gulf*, 9 Smed. & M., 205, an appeal from the judgment of a justice of the peace, there was nothing in the transcript of the record in this court to indicate that the case was appealed from the justice's court, except the appeal bond, and the court said: "As the circuit court acquires jurisdiction in such cases only by appeal, the record must show the foundation of a judgment. In such cases, it only acts as an appellate court, and this record does not show that it did so act." This case falls strictly within the principle of that case.

There has been no application here by appellee for a writ of *certiorari* to bring up a more perfect record. It may be that the transcript from the court of the justice of the peace was before the circuit court. We can look only to the record here. We are strongly impressed with the justice of appellee's

cause, and, whilst thus compelled to reverse the judgment, we will dismiss all the proceedings in the circuit court, and leave in full force the judgment, if any there be, in the magistrate's court.

*The judgment is reversed, and judgment here dismissing all proceedings in the circuit court for want of jurisdiction in that court, and the judgment in the magistrate's court, if any, will remain in full force.*